**Not for Publication in West's Federal Reporter**
**Citation Limited Pursuant to lst Cir. Loc. R. 32.3**

# United States Court of Appeals
## For the First Circuit

No. 03-1779

CHRISTINE M. VARAD,

Plaintiff, Appellant,

v.

EDWARD J. BARSHAK,

Defendant, Appellee.

APPEAL FROM THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

[Hon. Robert B. Collings, U.S. Magistrate Judge]

Before

Torruella, Circuit Judge,
Cyr and Stahl, Senior Circuit Judges.

Christine M. Varad on brief pro se.
Thomas F. Reilly, Attorney General, and Maite A. Parsi, Assistant Attorney General, on brief for appellee.

March 30, 2004

**Per Curiam**.  This pro se appellant, Christine Varad, appeals from a decision granting summary judgment for appellee, Edward Barshak, Varad v. Barshak, 261 F. Supp. 2d 47 (D. Mass. 2003).  After careful review of the parties' contentions in light of the record, we affirm the decision on the Title II claim under the Americans with Disabilities Act, 42 U.S.C. § 12132, substantially for the reasons stated in the district court's thorough opinion.  The appellee apparently concedes that the court's rulings on Varad's remaining claims were erroneous and argues that they should be rejected on the merits.  We agree.  As the court's discussion of the facts indicates, 261 F. Supp. 2d at 48-52, these claims were meritless.

Affirmed.